# NO. 12-11-00068-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST* | § | *APPEAL FROM THE 294TH* |
| *OF L.S. AND L.S.,* | § | *JUDICIAL DISTRICT COURT* |
| *CHILDREN* | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed because Appellant has failed to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. By written notice dated March 3, 2011, this court requested that Appellant pay the filing fee for the appeal on or before March 14, 2011. *See* TEX. R. APP. P. 5. On Appellant's motion, his deadline for payment of his filing fee was extended to April 11, 2011. However, Appellant did not pay his filing fee.

In a second written notice dated April 15, 2011, the court advised Appellant that the filing fee was due to have been paid on or before April 11, 2010, but had not been received. The notice further provided that unless the filing fee was paid on or before April 25, 2011, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. The April 25 deadline has passed, and Appellant has not complied with the court's request. Because Appellant has failed, after notice, to comply with Rule 5, the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered April 29, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)